

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :       MISDEMEANOR
        - v -                       :       INFORMATION
                                    :
LAWRENCE FEEHAN,                    :       07 Cr. 529 (SCR)
                                    :
                Defendant.          :
                                    :
- - - - - - - - - - - - - - - - - - x

### COUNT ONE

        The United States Attorney charges:

        1.  On or about November 12, 2004, in the Southern District of New York and elsewhere, LAWRENCE FEEHAN, the defendant, unlawfully, willfully, and knowingly, did design and conduct response actions, as those terms are defined in 15 U.S.C. § 2642, with respect to friable asbestos-containing material in a school and public and commercial building, as those terms are defined in 15 U.S.C. § 2642, without having lawfully and properly obtained accreditation required for such work, to wit, LAWRENCE FEEHAN, lacking accreditation, removed friable asbestos-containing material from Regent Garden Apartments in Portchester, New York.

(Title 15, United States Code, Sections 2646(a)(3), 2614(1), and 2615(b).)

### COUNT TWO

        The United States Attorney further charges:

2. On or about November 16, 2004, in the Southern District of New York and elsewhere, LAWRENCE FEEHAN, the defendant, unlawfully, willfully, and knowingly, did design and conduct response actions, as those terms are defined in 15 U.S.C. § 2642, with respect to friable asbestos-containing material in a school and public and commercial building, as those terms are defined in 15 U.S.C. § 2642, without having lawfully and properly obtained accreditation required for such work, to wit, LAWRENCE FEEHAN, lacking accreditation, removed friable asbestos-containing material from Regent Garden Apartments in Portchester, New York.

(Title 15, United States Code, Sections 2646(a)(3), 2614(1), and 2615(b).)

MICHAEL J. GARCIA
United States Attorney