U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

---

MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 13, 2007

The Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:     United States v. Lawrence Feehan, 07 Cr. 529 (SCR)

Dear Judge Robinson:

This case was assigned to Your Honor this morning, and the initial pretrial conference was scheduled for Wednesday, June 20 at 11:30 a.m.

The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between today, June 13, 2007, and June 20, 2007. This will permit the Government to begin the process of assembling to discovery before our initial appearance before Your Honor. The Government makes this request with the consent of counsel for the defendant.

Respectfully Submitted,

*Time is excluded for the purposes*
*of the Speedy Trial Act from June 13, 2007*
*to June 20, 2007, in the interests of justice*
*to allow for appropriate time for discovery*
*to be produced & reviewed.*

MICHAEL J. GARCIA
United States Attorney

By: _____

Nola B. Heller
Assistant United States Attorney
(914) 993-1939

cc:     Vincent Briccetti (By Fax)

SO ORDERED

_____
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
6/13/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____