UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,                     :     Case No. 07 CR 529 (SCR)

          Plaintiff,                              :

          v.                                       :     Magistrate Judge Mark D. Fox

LAWRENCE FEEHAM

                  ,                :     **PERSONAL RECOGNIZANCE**

          Defendant.                             :

-------------------------------------------------------x

I, LAWRENCE FEEHAM , having been charged by way of (indictment/information/complaint) with the offense of 18 USC 264(c)(3) in violation of 18 USC 2614, 2615(b) , having appeared in the United States District Court for the Southern District of New York in response thereto and having been advised of the terms and conditions of release pursuant to the Bail Reform Act, 18 U.S.C. §3141 et seq., and in particular the possible penalty prescribed by 18 U.S.C. §3146 for failure to appear before a court as required by the conditions of release, do hereby commit myself to make all such appearances of which I have received proper and timely notice.

Sworn to before me this
20 day of June, 2007

_____
NOTARY PUBLIC

**VINCENT L. BRICCETTI**
Notary Public, State of New York
No. 02BR4997368
Qualified in Westchester County
Commission Expires June 8, 20 ___

APPROVED:

x _____
Defendant

P.O. BOX 302 No 3 Rumsey Rd
Address

Greenwood L? NY 10925
Telephone Number

(845) 595-6105
Date

_____
Mark D. Fox
United States Magistrate Judge