UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 07 CR 529 (SCR) |
| Plaintiff, | ) |
| - against - | ) ECF CASE |
| LAWRENCE FEEHAN, | ) **NOTICE OF APPEARANCE** |
| Defendant | ) |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant **Lawrence Feehan**.

    I certify that I am admitted to practice in this Court.

Date: July 6, 2007

                                                               s/ Michelle J. Shapiro
                                                  Michelle J. Shapiro (MS-8434)
                                                  WILSON SONSINI GOODRICH & ROSATI
                                                  PROFESSIONAL CORPORATION
                                                  1301 Avenue of the Americas, 40th Floor
                                                  New York, New York 10019
                                                  Tel: (212) 999-5800
                                                  Fax (212) 999-5899