UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     - against -<br><br>LAWRENCE FEEHAN,<br><br>          Defendant | )<br>) Case No. 07 CR 529 (SCR)<br>)<br>)<br>)<br>)<br>) ECF CASE<br>)<br>)<br>) **NOTICE OF APPEARANCE**<br>)<br>) |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant **Lawrence Feehan**.

    I certify that I am admitted to practice in this Court.

Date: July 6, 2007

                              s/ Glenn C. Colton
                              Glenn C. Colton (GC-2493)
                              WILSON SONSINI GOODRICH & ROSATI
                              PROFESSIONAL CORPORATION
                              1301 Avenue of the Americas, 40th Floor
                              New York, New York  10019
                              Tel: (212) 999-5800
                              Fax (212) 999-5899