
**W** **S** **R** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

**www.wsgr.com**

# MEMO ENDORSED

September 4, 2007

**VIA FEDERAL EXPRESS**

Honorable Stephen C. Robinson
United States District Court
  for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Honorable George A. Yanthis
United States District Court
  for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    **Re:**   *United States v. Lawrence Feehan*, **07 Cr. 529 (SCR)**

Dear Judges:

    This letter is submitted on behalf of defendant Lawrence Feehan, in connection with the above-mentioned action. On July 25, 2007, Mr. Feehan pleaded guilty before Magistrate Judge Yanthis to one misdemeanor count of designing and conducting a response action with respect to friable asbestos-containing material in a public or commercial building without having lawfully and properly obtained accreditation required for such work, in violation of 15 U.S.C. §§ 2646(a)(3), 2614(1), and 2615(b). During the July 25th calendar, we were asked whether Mr. Feehan would consent to appear before Magistrate Judge Yanthis for all purposes, including sentencing. We informed the Court's clerk that we needed to discuss that more fully with Mr. Feehan, but requested that in the interim, his sentencing be scheduled before Judge Robinson. Accordingly, Mr. Feehan was scheduled to be sentenced by Judge Robinson on November 1, 2007.

    We have now had a full opportunity to discuss with Mr. Feehan the option of proceeding before Magistrate Judge Yanthis for all purposes, including sentencing, and Mr. Feehan has decided to so consent. We thus respectfully request that Mr. Feehan be scheduled for sentencing before Judge Yanthis on or after November 1, 2007, and that Mr. Feehan's sentencing be removed from Judge Robinson's calendar.

    If the Court requires any materials to effectuate this change, we would be happy to provide them. Moreover, at the time of sentencing, or in advance if necessary, Mr. Feehan will execute any necessary documentation confirming his consent.

*Application denied. Opting to consent to Magistrate Judge jurisdiction for guilty plea and sentencing should be done at the time of entry of the guilty plea.*

*So ordered.* George A. Yanthis, USMJ 9/6/07

PALO ALTO    AUSTIN    NEW YORK    RESTON    SALT LAKE CITY    SAN DIEGO    SAN FRANCISCO    SEATTLE

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

Honorable Stephen C. Robinson
Honorable George A. Yanthis
September 4, 2007
Page 2


    We have notified AUSA Nola Heller of Mr. Feehan's consent to proceed before
Magistrate Judge Yanthis for all purposes.  Ms. Heller informed us that the government likewise
consents.


        Respectfully submitted,

        WILSON SONSINI GOODRICH & ROSATI
        Professional Corporation


        Glenn C. Colton

cc:    AUSA Nola Heller (by email)